JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GREENE and MERRILEE GREENE, <br><br> Plaintiffs, <br> vs. <br><br> OCWEN LOAN SERVICING, LLC; ET AL., <br><br> Defendants. | ) Case No: 8:14-cv-00197-CJC(ANx) <br> ) <br> ) **ORDER ON STIPULATION OF** <br> ) **THE PARTIES TO** <br> ) **VOLUNTARILY REMAND THE** <br> ) **ACTION TO STATE COURT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

    Pursuant to the Stipulation to Voluntarily Remand the Action To State Court (the "Stipulation") filed by Plaintiffs STANLEY GREENE and MERRILEE GREENE ("Plaintiffs"), and Defendants OCWEN LOAN SERVICING, LLC and HOMEWARD RESIDENTIAL, INC. f/k/a AMERICAN HOME MORTGAGE SERVICING, INC. ("Defendants"), by and through their respective counsel, and finding good cause appearing, the Court makes the following order:

    **IT IS ORDERED, ADJUDGED, AND DECREED** that he Action, case number Case No: 8:14-cv-00197-CJC(ANx), is REMANDED to the Orange County Superior Court.

Dated: March 21, 2014

                                                      Honorable U.S. District Court Judge